Michael H. Grubman, Esq. (SBN 114887)
Law Office of Michael H. Grubman
1990 N. California Blvd., Suite 1060
Walnut Creek, CA 94596
Telephone: (925) 906-4777
Facsimile: (925) 906-4778
mhgrubman@aol.com

Attorney for Defendant Wham-O, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY INTERNATIONAL UNDERWRITERS CANADA, a division of Liberty Mutual Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>WHAM-O, INC., a Delaware corporation; and Does 1-10, inclusive,<br><br>Defendants.<br>_____ /<br><br>And Related Counterclaims<br>_____ / | CASE NO. C09-01998 WHA<br><br>**STIPULATION EXTENDING MOTION HEARING DATE AND TIME FOR DEFENDANT TO RESPOND AND ORDER**<br><br>[~~PROPOSED~~] |

## STIPULATION

1. Counsel for Wham-O has informed counsel for Liberty that counsel for Wham-O's client contact has been hospitalized, which has temporarily effected counsel's ability to communicate with his client;

2. The Liberty counter-defendants have filed Rule 12 motions to dismiss and/or strike allegations of Wham-O's amended counterclaim, which is scheduled for hearing on August 20,

STIPULATION AND ORDER CONTINUING MOTIONS AND TIME TO RESPOND

Page 1

C09-01998 WHA

LAW OFFICE OF
*Michael H. Grubman*
1990 N. California Blvd.,
Suite 1060
WALNUT CREEK, CA 94596

making Wham-O's Opposition due on July 30, 2009;

    4.  Under the circumstances above, and to facilitate the handling of the case including Rule 26 meet and confer without potential additional expense, the parties agree and stipulate to, and request that the Court order, a continuance of Liberty's pending motions to dismiss and strike from August 20, 2009 to September 3, 2009, or such other date first available thereafter, with any Opposition and Reply due 21 and 14 days, respectively, before the continued hearing date.

    I, Michael H. Grubman, attest that concurrence in this stipulation and filing has been received from Mark C. Goodman, counsel for the Liberty parties.

Dated July 23, 2009

SQUIRE, SANDERS & DEMPSEY, LLP

/S/_____
By:  Mark C. Goodman
Attorneys for Liberty International Underwriters, a division of Liberty Mutual Insurance Company, and Liberty Mutual Insurance Company

Dated July 23, 2009

/S/_____
Michael H. Grubman
Law Office of Michael H. Grubman
Attorney for Wham-O, Inc.

LAW OFFICE OF
*Michael H. Grubman*
1990 N. California Blvd.,
Suite 1060
WALNUT CREEK, CA 94596

STIPULATION AND ORDER CONTINUING MOTIONS AND TIME TO RESPOND

Page 2

C09-01998 WHA

ORDER

Based on the Stipulation of the Parties, and good cause appearing, IT IS ORDERED that the pending motions to dismiss and strike filed by the Liberty parties are continued from August 20, 2009 to September __3__, 2009 at 8:00 a.m. in Courtroom 9 of this Court, with any Opposition and Reply papers to be filed, respectively, 21 and 14 days before the continued hearing date.

Dated: July _24_, 2009



_____
Hon. William Alsup
United States District Court Judge

STIPULATION AND ORDER CONTINUING MOTIONS AND TIME TO RESPOND

Page 3

C09-01998 WHA

LAW OFFICE OF
*Michael H. Grubman*
1990 N. California Blvd.,
Suite 1060
WALNUT CREEK, CA 94596