IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIBERTY INTERNATIONAL
UNDERWRITERS CANADA, a division
of Liberty Mutual Insurance Company,

    Plaintiff,

  v.

WHAM-O, INC., a Delaware corporation,
and DOES 1–10, inclusive,

    Defendants.
                             /

AND RELATED COUNTERCLAIMS.
                             /

No. C 09-01998 WHA

**ORDER GRANTING EXTENSIONS**

    The Court **CONTINUES** the case management conference and the hearing on the rule 12 motions to dismiss and/or strike to **SEPTEMBER 17, 2009, AT 8:00 A.M**. All other deadlines are **EXTENDED** accordingly.

    **PLEASE NOTE THAT THERE WILL BE NO FURTHER CONTINUANCES.**

    **IT IS SO ORDERED.**

Dated: August 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE