United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY INTERNATIONAL UNDERWRITERS CANADA, a division of Liberty Mutual Insurance Company,<br><br>Plaintiff,<br><br>  v.<br><br>WHAM-O, INC., a Delaware corporation, and DOES 1–10, inclusive,<br><br>Defendants.<br>_____ /<br>AND RELATED COUNTERCLAIMS.<br>_____ / | No. C 09-01998 WHA<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

The Court acknowledges the parties' notice of settlement of the captioned matter. Please note that unless a timely dismissal is filed, all deadlines remain active, including the motion to dismiss and/or strike, case management conference, etc.

**IT IS SO ORDERED.**

Dated: August 31, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE