1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Mark C. Goodman (State Bar No. 154692)
2  mgoodman@ssd.com
   Ethan H. Seibert (State Bar No. 232262)
3  eseibert@ssd.com
   One Maritime Plaza, Suite 300
4  San Francisco, CA  94111-3492
   Telephone:  +1.415.954.0200
5  Facsimile:  +1.415.393.9887

6  Attorneys for Plaintiff and Counter-Defendants
   LIBERTY INTERNATIONAL UNDERWRITERS
7  CANADA, a division of Liberty Mutual Insurance
   Company, and LIBERTY MUTUAL INSURANCE
8  COMPANY

9
                    **UNITED STATES DISTRICT COURT**
10
                  **NORTHERN DISTRICT OF CALIFORNIA**
11

12  LIBERTY INTERNATIONAL                    CASE NO. CV 09-01998-WHA
    UNDERWRITERS CANADA, a division
13  of Liberty Mutual Insurance Company,     **STIPULATION OF DISMISSAL WITH**
                                             **PREJUDICE AND [PROPOSED] ORDER**
14                   Plaintiff,

15        vs.

16  WHAM-O, INC., a Delaware corporation;
    and Does 1-10, inclusive,
17
                     Defendants.
18

19  WHAM-O, INC., a Delaware corporation,

20                   Counter-Claimant,

21        vs.

22  LIBERTY MUTUAL INSURANCE
    COMPANY, Massachusetts corporation;
23  and LIBERTY INTERNATIONAL
    UNDERWRITERS CANADA, a division
24  of Liberty Mutual Insurance Company,

25                   Counter-Defendants.

26

27

28

1      IT IS HEREBY STIPULATED by LIBERTY INTERNATIONAL UNDERWRITERS

2  CANADA, a division of Liberty Mutual Insurance Company, LIBERTY MUTUAL

3  INSURANCE COMPANY and WHAM-O, INC., through their undersigned counsel of record,

4  that the above-captioned action be dismissed with prejudice in its entirety, including all claims

5  and counter-claims asserted by all parties, pursuant to Federal Rule of Civil Procedure 41.

6      Each party shall bear its own costs and attorneys' fees incurred in the above-captioned

7  action.

8

9  DATED:  August 21, 2009          SQUIRE, SANDERS & DEMPSEY, LLP

10

11                        By: _____

                              Mark C. Goodman

12                        Attorneys for LIBERTY INTERNATIONAL
                        UNDERWRITERS CANADA, a division of

13                        Liberty Mutual Insurance Company, and
                        LIBERTY MUTUAL INSURANCE

14                        COMPANY

15  DATED:  August 28, 2009          LAW OFFICE OF MICHAEL H. GRUBMAN

16

17                        By: _____

18                          Michael H. Grubman
                        Attorney for WHAM-O, INC.

19

20      **IT IS SO ORDERED.**

21  DATED: _____ September 1, 2009

22                      HONORABLE

23                      United

24

25

26

27

28

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge William Alsup

NORTHERN DISTRICT OF CALIFORNIA